FEE PAID    FILED

1    Terry D Banks Jr. *(Full Name)*

2    TDouglasPaintingCo@gmail.com *(Email Address)*

3    848 N. Rainbow Blvd *(Address Line 1)*

4    #1136, LV, NV, 89107 *(Address Line 2)*

5    (442) 390-1010 *(Phone Number)*

2024 SEP -6 PM 3:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ASH

6    Plaintiff in Pro Per

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   Terry D. Banks Jr.              **Case No.:** 5:24cv1914-FLA (SHK)

12              Plaintiff,           *(To be supplied by the Clerk)*

13   vs.

14   County of Riverside Ca. USA    **Civil Rights Complaint Pursuant to**

     Adan Fernandez, (officer)      **42 U.S.C. § 1983 (non-prisoners)**
15
     Valerie Navorro (Wife of District Attorney and Judge )(see attached)
16
                                    **Jury Trial Demanded:** ☑ Yes ☐ No
17   Lance Baer (Juri-doctor)

18              Defendant(s).  Donald Miller, (Juri-Doctor)

19   Ian Williams (Manager Westin Hotel Rancho Mirage)

20              *(All paragraphs and pages must be numbered.)*

21              **I. JURISDICTION**

22   1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23   Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25              **II. VENUE**

26   2. Venue is proper pursuant to 28 U.S.C. § 1391 because _____

27   _____

28   _____

## III. PARTIES

3.    Plaintiff _Terry Douglas Banks Jr._ resides at:
(your full name)

_848 N. Rainbow Blvd #1136 Las Vegas NV. 89107_ .
(your address)

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____ works at
(full name of Defendant)

_____ .
(Defendant's place of work)

Defendant's title or position is _____
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because: _____

_____

_____

5. Defendant _____ works at
(full name of Defendant)

_____ .
(Defendant's place of work)

Defendant's title or position is _____
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

Insert ¶ # After 3 years of reporting on The DTEC, a known Terrorist group in Riverside County, identified by myself and by Brian Rocos of The Press Enterprise news Corp.. When we together exposed them in two October articles in The Press Enterprise in 2022, a month a month after my arrest for reporting Them, I was captured by them and held by involved officers, who I had formerly been in communication with about the gang. This all came

Insert ¶ # out at trial, including affiliations and details. See also The Transcrips from The Sealed Marsden Hearing which again attempted to silence me, as there are members all up through the courts who Brian and I can identify.

I was arrested while on the phone to 911 reporting them. The arrest date was then changed to obfuscate attention away from the phone call.

Insert ¶ # (Sept 8th 2022, was changed to Sep 13th)

I was rebooked on Sep 13th as a suicide — with drastically different physical details That matched a person named Jeremy Lowery (Who is most likely deceased ((no longer)) for obvious reasons.)

His measurements are 5'6" 130 pounds, 20 years old, black eyes, blond hair.

My measurements are 50 years old, Blue, red hair, 210 LBS And 6'1".

My name is Terry Banks Jeremy's car and plates were used to find him. He then went missing.

The victim and the victims mother described and saw Lowery-

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

Jeremy is now a missing person. Likely a victim of The Riverside County Court and Cop Gang, The DTEC.

The articles that Brian and I put together for the October 2022 expose was titled "Court Bribes."

Request for Relief:

The courts involved worked together with members of The DTEC Courts Gang members to try and deam me as a psychiatric case, and held me hostage for 15 months as a hostage and Witness to the DTEC details. (See also my youtube content on A Plane Truth And other channels.)

I have Zero mental health background and Adam knew this. And No diagnosis was ever established.

*Insert ¶ #* None.

I represented myself and The Trial Judges last words on Transcript as he took his earpiece out and set it on his desk, were, "I Cant be involved in this," (and he pushed his chair back. End.)

He had repeatedly helped me rail the officers involved and had repeatedly took over the job of nailing them on the stand - The Jury was horrified and I received all votes, naturally from the Jury on early September of 2024.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

Sep 6th 2024

Exhibit A. Line ups/writing samples

Exhibit B. Court minutes with cliff notes explainations

**LINEUP**

8/14/22

See The Letter "G" on
Evidence Folder Outer Cover (Attached).
Which is in Adan Fernandez Same handwriting, forged onto
of several of these mens photos. Many of these men said be
incarcerated similarly for the same forgery.

line up - photos



**POLLARD - 200427662**

**WING - 2709181003**

**BANKS - 202122576**

**WATKINS - 0912343484**

**HUDSON - 200349538**

**ROSS - 0504345112**

said to have happened.

Officer Gang Activity Report.

During the Trial the writing Samples were Shown to all belong to the Officer "Adan Fernandez" who forged documents to "hold me as "Hostage" Witness" for 15 months.

There were 3 line-ups, in this one, (Which was video Taped. with the said victim, She did not pick me. So Adan Fernandez forged her signature onto an old Photo of me and inserted it into a photo line up — Photo line up 3 which at the Trial was shown to have never happened (Section 1985, 1986 for conspiracy to commit forgery, a Federal Crime by Officer Adan Fernandez of Riverside County (CA)

G003 PM

**EVIDENCE TAG**                    PD

Date: 09/14/22    File No S222250007          S

Name: BANKS, TERRY

Officer ID:  4884   ADAN FERNANDEZ

Property Type: **General Evidence**

Description of Property:                    PC: 459. MOT

**PHOTOGRAPHIC LINE UP CONDUCTED ON 081422**

Type:  Other

Barcode: 2525424          

G003AU



**EVIDENCE TAG**                                    PD

Date: 09/14/22    File No  S222250007         S
Name:  BANKS, TERRY
Officer ID:  4884   ADAN FERNANDEZ
Property Type: **General Evidence**            PC: 459. MOT
Description of Property:
**PHOTOGRAPHIC LINE CONDUCTED ON 091322**

Type:  Other
Barcode: 2525426





This is the person that committed the crime KG

PHOTO 3

KG









Exhibit B.

```
OTSCASPRT          Superior Court of California, County of Riverside
10/12/23                            CASE PRINT                        Page:    14
                              www.riverside.courts.ca.gov             RC
--------------------------------------------------------------------------------
CASE NUMBER:     INF2202044                   DEFENDANT STATUS: Active
ARREST NBR :     S222250007                   ARREST DATE ....:  8/13/22
ARREST AGY : RIV SHERIFF-RANCHO MIRAGE
Defendant .: BANKS, TERRY DOUGLAS                      Defn :  1 of   1
================================================================================
```

Oral motion by Defense Re 1368 PC Referral is
called for hearing
Motion/Petition granted.
People are opposed to PC 1368.
Court declares doubt as to defendant's mental
competence. Criminal proceedings are suspended.
Court requests that doctor(s) address the issue
of 1368/1370 PC.
Court appoints Dr. Gene Berg to examine defendant
pursuant to PC 1368, and furnish written report
to the court on or before 11/29/2022.
Court appoints Dr. William H. Jones to examine
defendant pursuant to PC 1368, and furnish
written report to the court on or before
11/29/2022.
Return of Doctor's Report is set 11/29/2022 at
13:30 in Department IMH.
Defendant ordered to return on any and all future
hearing dates.
- - Custody Status/Information - -
Bail to Remain as fixed.
Remains remanded to local custody of Riverside
Sheriff until further order of the court.
Medical Examiner(s): Upon acceptance of the
appointment, the court orders RSO authorities to
release defendant's medical
- and psychological records for your review.
- Jail Mental Health Records Technician - To
obtain jail mental health records, contact the
following:
In order to complete the report, the court orders
that Dr. Jones and Dr. Berg be admitted to the
jail to personally interview defendant and
--review all medical and mental health records,
including any classification notes.
Preliminary hearing vacated.
Minute order printed to Larry D. Smith
Correctional Facility.
MINUTE ORDER OF COURT PROCEEDING
MINUTE ORDER OF COURT PROCEEDING
Hearing on 09/29/2022 at  8:30 for HS is Vacated.
-------------------------

9/28/22 3N   Hearing on motion for OR/Bail Review
             Honorable Judge Charles E. Stafford, Presiding
             Courtroom Assistant: M. Moraga
             Court Reporter: K. Smith
             People represented by Deputy District Attorney:

Dispo

*[handwritten left margin]* + The judge and the juri-doctor, slash/ DPD Lance Baer did it at the behest of DPD Donald Miller, Who had already signed the Pro Per Docket for me to defend myself, on 9-28-22... (Transcripts show I had said nothing up to this point, other than to motion for a Pro Per,... and to see the Discovery folder?) DPD said They were afraid to defend me for fear of their, Big Boss!"

*[handwritten right margin]* Trick Language; If a target "doesn't accept the appointment"... (Pleads The 5th) and-or refuses mental health Court...and experimental evaluation of himself, (His right under International Constitutional Laws;) than the evaluation process Ceases and ends. They are not telling People this. People who are sane are being held indefinately (for yrs,) behind fake 1368 holds (Trafficking,) + for years, lives destroyed + kids taken (Bribes + PE Article Series) at a rate of about 30% of the Jail population's + RivCo

Criminal Case Print                                                                 Page 13 of 17

```
OTSCASPRT        Superior Court of California, County of Riverside
10/12/23                          CASE PRINT                        Page:    13
                          www.riverside.courts.ca.gov          RC
-------------------------------------------------------------------------------
CASE NUMBER:    INF2202044              DEFENDANT STATUS: Active
ARREST NBR :    S222250007              ARREST DATE ....:  8/13/22
ARREST AGY : RIV SHERIFF-RANCHO MIRAGE
Defendant .: BANKS, TERRY DOUGLAS                Defn :  1 of   1
===============================================================================
```

```
        3N   No Minutes
             ------------------------
             Notice of Appointment of Medical Examiner Filed.
             ------------------------
             Notice of Appointment of Medical Examiner Filed.
             ------------------------
             Request for Continuance Pursuant to PC 1050 filed.
             ------------------------
        3N   Hearing set re: Request to Proceed Pro Per
        3N   No Minutes                                         Vacate 1368/515 hr. 14 y.
             ------------------------
        3N   Hearing on motion for OR/Bail Review               Dispo
             Honorable Judge Valerie Navarro, Presiding
             Courtroom Assistant: M. Moraga
             Court Reporter: K. Smith
             People represented by Deputy District Attorney:
             DDA Hayden Thomas.
             Defendant represented by DPD Donald Miller.
             Special Appearance by DPD Lance Baer.
             Defendant Present.
             Court discloses that Judge Valerie Navarro
             Husband works for the District Attorney's Office.
             Defense motion to continue pursuant to 1050PC is
             granted. Motion to continue is not opposed by the
             People. Hrg cont'd to 11/29/2022 at  8:30, Dept
             3N.
             Pursuant to 1050(d) PC, the court finds good
             cause has been shown to grant the continuance.
             1050 Reason for continuance: Other
             Defendant ordered to return on any and all future
             hearing dates.
             - - Custody Status/Information - -
             Bail to Remain as fixed.
             Remains remanded to local custody of Riverside
             Sheriff until further order of the court.
             ------------------------
        3N   Felony Settlement Conference                       Dispo
             Honorable Judge Valerie Navarro, Presiding
             Courtroom Assistant: M. Moraga
             Court Reporter: K. Smith
             People represented by Deputy District Attorney:
             DDA Hayden Thomas.
             Defendant represented by DPD Donald Miller.
             Special Appearance by DPD Lance Baer.
             Defendant Present.
             Court discloses that Judge Valerie Navarro
             Husband works for the District Attorney's Office.
```

[Handwritten annotations:]

9/29/22

They begin endlessly and indeffinately hiding me in Psychiatric wards —

A Nurse, (Norda) is fired for trying to help me,.... (Making Xerox copies for me to send to the Press) and she also personally removed a mystery, 5150 entry that appeared on her green screen one day. * She said "she could see that one of the officers at the jail had done it, but she couldn't see which one ? "

Norda was a subscriber to the Youtube channel, (APlane Truth)

I am not a patient of any kind, never have been, this never should have happened. I have no

They send in this judge to do this

Special Appearance by ? Who is this,

? Who is this mystery person? What is a Juri-doctor and why is everyone at the Public defenders office doubling as a Juri-doctor?

```
OTSCASPRT          Superior Court of California, County of Riverside
10/12/23                           CASE PRINT                          Page:    16
                             www.riverside.courts.ca.gov            RC
-----------------------------------------------------------------------------
CASE NUMBER:     INF2202044              DEFENDANT STATUS: Active
ARREST NBR :     S222250007              ARREST DATE ....:  8/13/22
ARREST AGY : RIV SHERIFF-RANCHO MIRAGE
Defendant .: BANKS, TERRY DOUGLAS                       Defn :  1 of    1
=============================================================================
          3NI    Felony Incustody Arraignment                  Dispo
                 Honorable Judge Valerie Navarro, Presiding
                 Courtroom Assistant: S. Rickert
                 Court Reporter: B. Kling
                 Court discloses that Judge Valerie Navarro
                 Husband works for the District Attorney's Office.
                 People represented by Deputy District Attorney:
                 DDA Kelsey Waters.
                 Public Defender Appointed.
                 Defendant represented by DPD Lance Bear.
                 Defendant Present.
                 Discovery provided to defense counsel.
                 Defense counsel acknowledges receipt of discovery.
                 Defendant Arraigned.
                 Counsel stipulates to advisement of rights.
                 Defendant waives reading of the
                 Complaint/Information.
                 Pleads Not Guilty to all charges.
                 Hearing on Motion for OR/Bail Review set for
                 09/28/2022at  8:30 in Department 3N.
                 Referred to the Probation Department's Pretrial
                 Services Division for an O.R. Report, returnable
                 by 09/28/2022. (Indio)
                 Felony Settlement Conference set on 09/28/2022 at
                  8:30 in Dept. 3N
                 Preliminary Hearing set for 09/30/2022 at  8:30
                 in Dept 3N.
                 Tenth (10th) day for Preliminary Hearing to
                 conclude is 10/03/2022.
                 Sixtieth (60th) day for Preliminary Hearing to
                 conclude is 11/15/2022.
                 Defendant ordered to return on any and all future
                 hearing dates.
                 - - Custody Status/Information - -
                 Bail Set in Amount of $35000.00.
                 Remanded To Custody of Riverside Sheriff.
                 Minute order printed to Larry D. Smith
                 Correctional Facility.
                 -------------------------
                 Notice Generated - Notice to Sheriff - Hearing
                 Set on Warrant (Smith Correctional)
                 -------------------------
                 Case Designation: Vertical. Case assigned to
                 Dept. 3N
                 -------------------------
  9/15/22        Electronic - Complaint Filed.
                 -------------------------
```

*[Handwritten annotation, left margin:]* This person does not identify himself as a juridoctor. I don't have any Doctors, I am not a patient of any kind.

*[Handwritten annotation, right margin:]* after this move is made, she is no longer the Judge handling the case, CJP is contacted by me, and press- Articles run in Press Enterprise on Oct 10th 2022 and Oct 27th 2022 - Title of Article series is, "Court Bribes." Articles are taken from my property.

*X20 copies of these sheets, pgs 13 thru pgs 17
of the court minutes, in color for sending to press Affiliates – T*

*Terry Banks
Banning CA
LDSF jail
11-2-23*

```
OTSCASPRT        Superior Court of California, County of Riverside
10/12/23                         CASE PRINT                      Page:    15
                         www.riverside.courts.ca.gov             RC
------------------------------------------------------------------------
CASE NUMBER:   INF2202044                    DEFENDANT STATUS: Active
ARREST NBR :   S22250007                     ARREST DATE ....:  8/13/22
ARREST AGY :   RIV SHERIFF-RANCHO MIRAGE
Defendant .:   BANKS, TERRY DOUGLAS                   Defn :  1 of  1
========================================================================
```

                    DDA Melina Londos.
                    Defendant represented by DPD Donald Miller.
                    Defendant Present.
                    Defense motion to continue pursuant to 1050PC is
                    granted. Motion to continue is not opposed by the
                    People. Hrg cont'd to 09/29/2022 at  8:30, Dept
                    3N.
                    Pursuant to 1050(d) PC, the court finds good
                    cause has been shown to grant the continuance.
                    1050 Reason for continuance: Other
                    Defendant ordered to return on any and all future
                    hearing dates.
                    - - Custody Status/Information - -
                    Bail to Remain as fixed.
                    Remains remanded to local custody of Riverside
                    Sheriff until further order of the court.
                    --------------------------

         3N         Felony Settlement Conference                  Dispo
                    Honorable Judge Charles E. Stafford, Presiding
                    Courtroom Assistant: M. Moraga
                    Court Reporter: K. Smith
                    People represented by Deputy District Attorney:
                    DDA Melina Londos.
                    Defendant represented by DPD Donald Miller.
                    Defendant Present.
                    Oral motion by Defense Re defendant request to
                    proceed pro per is called for hearing
                    On Court's own motion:
                    Felony Settlement Conference set on 09/29/2022 at
                     8:30 in Dept. 3N
                    Hearing Set Re: Request to Proceed Pro Per on
                    09/29/2022 at  8:30 in Dept. 3N.
                    Matter is continued to have Pro Per request heard
                    before Judge Navarro.
                    Defendant ordered to return on any and all future
                    hearing dates.
                    - - Custody Status/Information - -
                    Bail to Remain as fixed.
                    Remains remanded to local custody of Riverside
                    Sheriff until further order of the court.
                    Minute order printed to Larry D. Smith
                    Correctional Facility.
                    --------------------------
         9/21/22    Pretrial Services Report filed.
                    --------------------------
         9/16/22    Felony Fingerprint Form filed.
                    --------------------------

*On this day there is
No "Special
appearance by"
mystery player
Lance Baer
9-28-22
On this date,
No opposition is
made to me
defending myself
in Pro Per, as
I have Zero
mental health
background. The
People also
oppose the 1368!*

N☉W

Arrest Date Not accurate
obfuscated;
See 911 call/Arrest Was
on > 9-8-22 | for reporting "
By, Terry Banks Not for change
Call was from, Shown.
> "Lews Meat
Shop" in Meca, Ca.
9:05 PM.

"Riverside County 2023 is
Berlin, 1943." (Tfy Article Series)
A Plane Truth — otrs.

Note: Crime must show parallels that indicate, ... to support
and defendant must agree to process.                    1368
(Trick language being used—inmates held
for years without any qualifier and zero
mental health history) ∅ cases de-railed —
Civil rights removed, and not being told,
no paperwork, no receipt of booking, no
court dates. Saturation about 30% of all
inmates held, across Riverside County Ca.

Contact Internal Affairs/U.S. Supreme Courts—
All Major Press Outlets, RFB Channel, APT channel, FEB
Channel.
Fr Tfy

```
OTSCASPRT        Superior Court of California, County of Riverside
10/12/23                         CASE PRINT                          Page:     17
                      www.riverside.courts.ca.gov            RC
--------------------------------------------------------------------------------
CASE NUMBER:    INF2202044                  DEFENDANT STATUS: Active
ARREST NBR :    S222250007                  ARREST DATE ....:  8/13/22
ARREST AGY : RIV SHERIFF-RANCHO MIRAGE
Defendant .: BANKS, TERRY DOUGLAS                           Defn :  1 of    1
================================================================================
                 EFILE DA INTERFACE ENTRY

**** No Local DMV data available for this case ****
                  **** END OF CASE PRINT ****
```

*Inaccurate arrest date to obfuscate ... Was arrested while on the phone to 911 on -9-8-22 reporting police officer's gang activity. Have been reporting on this since 2009, have had these officers on the phone repeatedly.*