1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| TERRY D. BANKS, JR.,<br><br>                    Plaintiff,<br><br>       v.<br><br>COUNTY OF RIVERSIDE, *et al.*,<br><br>                    Defendants. | Case No. 5:24-cv-01914-FLA (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 46] AND GRANTING DEFENDANT'S MOTION TO DISMISS [DKT. 30]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Third Amended Complaint (Dkt. 23), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 46, "Report and Recommendation"). No objections to the Report and Recommendation have been filed. The court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

The court therefore ORDERS that Judgment be entered GRANTING Defendant County of Riverside's Motion to Dismiss, Dkt. 30, and summarily dismissing this action with prejudice.

IT IS SO ORDERED.

Dated: September 26, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge