JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. BANKS, JR., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF RIVERSIDE, *et al.*, <br><br> Defendants. | Case No. 5:24-cv-01914-FLA (DTB) <br><br> **JUDGMENT** |

     Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, it is ADJUDGED that this action is DISMISSED with prejudice.

     IT IS SO ORDERED.

Dated: September 26, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2